ATLANTIC COAST LINE RAILROAD COMPANY, A CORPORATION, *Plaintiff in Error, v.* CHARLES H. SCOTT, *Defendant in Error.*

### Division B.

### Opinion Filed January 13, 1925.

In an action to recover damages for personal injuries, where legal liability within the allegations for compensatory damages appears from the evidence, but the amount of the verdict is manifestly excessive, a remittitur will be permitted; otherwise, a new trial will be granted.

A Writ of Error to the Circuit Court for Putnam County; A. V. Long, Judge.

Judgment affirmed if remittitur is entered.

*Doggett, Christie & Doggett,* for Plaintiff in Error;

*Walton & Dineen* and *C. H. Kennerly,* for Defendant in Error.

PER CURIAM.—Writ of error was taken by defendant below to review a judgment against it for $5,000.00 in damages for injuries to plaintiff alleged to have been sustained as a result of the negligent operation of defendant's train.

There is basis in the evidence for a finding of legal lia-biltiy within the allegations for compensatory damages, but the amount awarded is considered excessive. If, within 30 days after the filing of the mandate in the trial court, the plaintiff will enter remittitur of $2,000.00 of the amount, the judgment will stand affirmed for $3,000.00; otherwise, the judgment is reversed for a new trial. City of Miami v. Firth, 85 Fla. 263, 95 South. Rep. 573; Lunham v. DeMerritt, 83 Fla. 708, 93 South. Rep. 148; Tampa Electric Co. v. Gaffga, 81 Fla. 268, 87 South. Rep. 922; Atlantic Coast Line R. Co. v. Oeland, 88 Fla. 122, 101 South. Rep. 360.

It is so ordered.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., cóncur.

TAYLOR, C. J., AND ELLIS AND BROWNE, J. J., concur in the opinion.